

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00080-CV

IN THE INTEREST OF T.C. AND J.C., CHILDREN

_____

No. 07-18-00081-CV

IN THE INTEREST OF T.C., A CHILD

On Appeal from the 108th District Court
Potter County, Texas
Trial Court Nos. 88,731-E & 89,364-E; Honorable Douglas Woodburn, Presiding

June 12, 2018

## ORDER OF SEVERANCE

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant mother, S.C., and Appellant father, T.C., both appealed from the trial court's orders terminating their parental rights to their children, T.C., J.C., and T.C.[1] The appellate record has been filed in each case and the father's court-appointed counsel has

---

[1] Appellant father and his two sons all have the same initials. To protect the privacy of the parents, the children, and other parties, we refer to the children by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2017). *See also* TEX. R. APP. P. 9.8(b).

filed a brief in each cause of action, pursuant to *Anders v. California*, 386 U. S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), in support of a motion to withdraw, by which she represents there are no meritorious issues to present on appeal. S.C. has filed a meritorious brief. Based on conflicting briefs having been filed by the parents, we hereby sever T.C.'s appeals into new appellate cause numbers.

Given the time-sensitive nature of appeals from parental termination orders, we assign new appellate cause numbers as follows: 07-18-00232-CV, styled *In the Interest of T.C. and J.C.*, *Children* and 07-18-00233-CV, styled *In the Interest of T.C.*, *a Child*, to those appeals.

The appeals involving S.C. will retain appellate cause numbers 07-18-00080-CV, styled *In the Interest of T.C. and J.C.*, *Children* and 07-18-00081-CV, styled *In the Interest of T.C.*, *a Child*.

It is so ordered.

Per Curiam